# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 11, 2014

148443

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

AFFILIATED MEDICAL OF DEARBORN,
      Plaintiff-Appellee,

v

    SC: 148443
    COA: 314179
    Wayne CC: 11-012755-NF

LIBERTY MUTUAL INSURANCE COMPANY,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the July 19, 2013 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 11, 2014



Clerk

t0604